JOHN STEWART OXLEY, Appellant, *v.* OLIVER K. KING AND OTHERS, Respondents.

*Consignee — advances by.*

Tobacco was consigned to the plaintiff by S. & E., on which he made advances, the business being transacted through the defendants, who were also in advance to S. & E. To secure the defendants, S. & E. authorized them to draw on plaintiff for any balance on the shipment in his hands. Defendants drew on plaintiff for $1,000, and the draft was accepted by him for, and charged to the account of S. & E. The amount realized upon the sale of the tobacco, was not sufficient to repay the advances made by the plaintiff. *Held*, that the defendants were not liable for the deficiency arising upon the sale; the evidence showing that the advances were made, not to them, but to S. & E.

APPEAL from a judgment in favor of the defendants, entered upon the report of a referee.

*Tracy, Olmstead & Tracy*, for the appellant.

*Beardslee & Cole*, for the respondents.

Opinion of Donohue, J.

Davis, P. J., and Daniels, J., concurred.

Judgment affirmed.